No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession of liquor for the purpose of sale in a dry area; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful transportation of beer, whiskey and vodka in a dry area; the punishment, a fine of $350.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Jackie FORSTER, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 28033.

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

Laura PERKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27984.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

